Paul L. Alaga, SBN 221165
Ian Kelley, SBN 271730
**BRYANT LAW GROUP**
885 Bryant Street, 2nd Floor
San Francisco, CA 94103
(415) 581-0885
(415) 581-0887 - fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BERDUZCO,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>C & C NORTH AMERICA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS SMDS WEST COAST, (aka COSENTINO, aka, COSENTINO NORTH AMERICA); JEFF PRATT; EMITT ISAACKS and DOES 1-50,<br><br>　　　　　　　Defendants.<br>_____ / | Case No.  2:20-cv-01976-MCE-AC<br><br>**REQUEST AND STIPULATION TO EXTEND THE DISCOVERY DEADLINE; ORDER**<br><br>**FRCP 16(b)(4)**<br>**Local Rule 143, 144** |

**I.    STIPULATTION**

WHEREAS On October 2, 2020, this Court issued an Order stating that all discovery, with the exception of expert discovery, shall be completed no later than three hundred and sixty-five (365) days from the date of the last answer filed. (DOC 4).

WHEREAS the last answer was filed on May 18, 2021, by Defendant Jeff Pratt. (DOC 10).

WHEREAS the deadline for all discovery, with the exception of expert discovery, is May 17, 2022.

Request and Stipulation to Modify Scheduling Order; Order
*Berduzco v. C & C North America, Inc. et al.* Case No. 2:20-CV-01976-MCE-AC

1

1  WHEREAS on June 30, 2019, Plaintiff served over a hundred Request for Production of
2 Documents on each of the defendants in this matter.
3  WHEREAS subsequent to that date, the parties have been engaged in extensive meeting and
4 conferring regarding the production of those requested documents.
5  WHEREAS the parties are continuing to meet and confer with regard to the production of the
6 requested documents.
7  WHEREAS given the state of discovery, it is apparent that additional discovery needs to be
8   conducted by both parties.
9  WHEREAS the revealed documents have demonstrated the need to depose several individuals
10 who are not parties to this action.
11  WHEREAS the additional discovery is necessary to increase the potential or settlement
12 without the necessity of trial.
13  WHEREAS no requests for extending the time for discovery has been sought or given in this
14 matter.
15  WHEREAS as such, the parties require and additional sixty (60) days to complete the
16 discovery in this matter.
17  Plaintiff Gabriela Berduzco and Defendants C&C North America, Inc., Jeff Pratt, and Emitt
18 Isaacks, thought their undersigned counsel, hereby stipulate to the extension of discovery sixty (60)
19 days, from May 17, 2022 until July 17, 2022.
20
21 IT IS SO STIPULATED.
22 Dated:  April 26, 2022                                              /s/ *Paul Alaga*
23                                                                     Paul L. Alaga,
24                                                                     Attorney for Plaintiff
25
   Dated:  April 26, 2022                                              /s/ *Chelsea Tirgardoon*
26
27                                                                     Chelsea Tirgardoon,
                                                                       Attorney for Defendants
28

## II. ORDER

The Court approves the foregoing stipulation and hereby orders that the deadline for discovery be extended sixty (60) days from May 17, 2022 until July 17, 2022. All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated: May 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Request and Stipulation to Modify Scheduling Order; Order
*Berduzco v. C & C North America, Inc. et al.* Case No. 2:20-CV-01976-MCE-AC

3