UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BERDUZCO,<br><br>               Plaintiff,<br><br>     vs.<br><br>C & C NORTH AMERICA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS SMDS WEST COAST, (aka COSENTINO, aka, COSENTINO NORTH AMERICA); JEFF PRATT; EMITT ISAACKS and DOES 1-50,<br><br>               Defendants.<br>_____/ | Case No.  20-cv-01976-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. R. 41(a)(1)(A)(Iii) |

Based on the Joint Stipulation of the Parties for Voluntary Dismissal with Prejudice, this entire action is hereby DISMISSED with prejudice.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE